

**503**

*ORDER*

PER CURIAM.

Appellant, Aaron Robinson, appeals the judgment of conviction entered by the Circuit Court of Cape Girardeau County after a jury found him guilty of second degree burglary, RSMo § 569.170 (1994). Appellant also appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal files and find the judgment of conviction is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. We also find the findings and conclusions of the motion court are not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgments pursuant to Rules 30.25(b) and 84.16(b).

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Defendant appeals from his conviction by a jury of one count of first-degree murder, § 565.020, RSMo 1994, and one count of armed criminal action, § 571.015, RSMo 1994. He was sentenced to life imprisonment without parole for first-degree murder and a concurrent thirty-year term for armed criminal action.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Joseph MAYES, Defendant–Appellant.**

No. 70053.

Missouri Court of Appeals,
Eastern District,
Division One.

June 24, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

**Judy SADLER, Plaintiff/Appellant,**

v.

**Diane BOGLE, Defendant/Respondent.**

No. 70261.

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 24, 1997.

Donald Rhodes, Bloomfield, for plaintiff/appellant.

Stephen C. Wilson, Scott A. Lipke, Jackson, for defendant/respondent.

Before AHRENS, C.J., and KAROHL and CRANE, JJ.